The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-113RSL |
| Plaintiff, | PROTECTIVE ORDER |
| v. | ~~(Proposed)~~ |
| NATHAN HALL, | |
| Defendant. | |

This matter, having come to the Court's attention on the United States' Motion for Protective Order, and the Court, having considered the entirety of the record and being fully advised in this matter, hereby finds,

FOR THE REASONS stated in the United States' Motion, there is a factual basis to support the United States' concerns; and there is good cause for the requested PROTECTIVE ORDER in order to advance the goals of protecting civilian witnesses from disclosure of personal information, and avoiding the potential for harassment, tampering or retaliation.

THE COURT THEREFORE grants the Motion and enters the following PROTECTIVE ORDER:

Protective Order - 1
*United States v. Nathan Hall*, CR13-113RSL

1      1.      Permissible Disclosure of Protected Material.

2          The material that is described in the Motion is deemed "Protected Material."  The

3    United States will make available copies of the Protected Material to defense counsel as

4    necessary to comply with the government's discovery obligations.  Possession of the

5    Protected Material is limited to defense counsel, as well as his investigators, paralegals,

6    assistants, law clerks, and experts (hereinafter collectively referred to as "members of the

7    defense team").

8          Members of the defense team may not provide copies of the Protected Material to

9    any other persons, including the defendant himself; provided, however, that members of

10   the defense team may play, display and orally discuss the contents of the Protected

11   Material with defendant or other witnesses as necessary to prepare the defense.  In

12   addition, defense counsel is required to provide a copy of this Protective Order to

13   members of the defense team, and obtain written consent from members of the defense

14   team of their acknowledgment to be bound by the terms and conditions of this Protective

15   Order, prior to providing any Protected Material to the members of the defense team.

16         The written consent need not be disclosed or produced to the United States unless

17   requested by the Assistant United States Attorney and ordered by the Court.

18      2.      Dissemination of Protected Material Outside the United States

19         If defense counsel retains a member of the defense team who lives or works

20   outside the United States to assist in investigating this matter, defense counsel shall, prior

21   to providing the Protected Material to said individual: (1) inform the government of the

22   identity and employment of said foreign member of the defense team; (2) inform the

23   government as to what Protected Material shall be provided to the foreign member of the

24   defense team; and (3) confirm that the foreign member of the defense team has provided

25   his or her written consent to the terms of this order and that he or she shall be subject to

26   this Court's jurisdiction.

27

28

Protective Order - 2
*United States v. Nathan Hall*, CR13-113RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    3.    Disputes Over Scope of Protective Order.

2    If, after receiving the disclosure provided above, the government nonetheless

3    objects to the provision of the Protective Material to the foreign member of the defense

4    team, defense counsel agrees to refrain from disseminating the Protective Material to the

5    foreign member of the defense team until the parties can obtain further guidance from the

6    Court.

7    Similarly, if defense counsel believes the government has improperly designated

8    material as Protected, defense counsel may seek a further order of this Court; provided,

9    however, that defense counsel shall again not disseminate the disputed Protective

10   Material until the Court has ruled.

11   4.    Filing

12   Any Protected Material that is filed with the Court in connection with pretrial

13   motions, trial, or other matters before this Court, shall be filed under seal and shall

14   remain sealed until otherwise ordered by this Court.

15   5.    Disclosures by the United States.

16   This order does not limit employees of the United States Attorney's Office for the

17   Western District of Washington from disclosing the Protected Material to members of the

18   United States Attorney's Office, federal law enforcement agencies, and to the Court and

19   defense as necessary to comply with the government's discovery obligations.

20   5.    Nontermination

21   The provisions of this Order shall not terminate at the conclusion of this

22   prosecution.  Furthermore, at the close of this case, defense counsel shall return the

23   Protected Material, including all copies of the Protected Material, to the office of the

24   United States Attorney, or otherwise certify that the material has been destroyed.

25
26
27
28

Protective Order - 3
*United States v. Nathan Hall*, CR13-113RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      6.    <u>Violation of Any Terms of this Order</u>

2         Any person who willfully violates this order may be held in contempt of court and

3  may be subject to monetary or other sanctions as deemed appropriate by this Court.

4        DATED this **1st** day of **March**    2018.

5

6                        THE HONORABLE ROBERT S. LASNIK

7                        UNITED STATES DISTRICT JUDGE

8  Presented by:

9

10 */s/ Sarah Y. Vogel*
   SARAH Y. VOGEL

11 Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Protective Order - 4
*United States v. Nathan Hall*, CR13-113RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970