UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATHAN HALL,<br><br>　　　　　　　Defendant. | Case No. CR13-113RSL<br><br>ORDER DENYING MOTION<br>TO COMPEL DISCLOSURE<br>OF DISCOVERY |

　　　This matter comes before the Court on "Defendant's Motion to Compel Disclosure of Discovery." Dkt. # 110. Defendant Nathan Hall is charged with various counts related to the possession and distribution of ecstasy. See Dkt. # 22. This case's indictment was returned in 2013, but Hall, who appears to have been in Canada since that time, was only recently arrested and brought to face charges in the United States.

　　　Hall's attorney filed the instant motion after his arrest in Canada but before his extradition to the United States. The motion sought to compel the government to make disclosures provided for in the federal and local criminal rules. Dkt. # 110. The government opposed the motion because Hall remained in Canada contesting extradition and had not yet appeared or entered a plea. Dkt. # 113. Hall has since been extradited, arrested, and arraigned, and he remains in federal custody after entering a plea of not guilty. See Dkt. # 117. Defense counsel has requested discovery, and the parties appear to be cooperating in the defense's efforts

ORDER DENYING MOTION TO COMPEL
DISCLOSURE OF DISCOVERY - 1

to gather evidence and conduct pretrial investigation. See Dkt. # 124 (Stipulated Motion to Continue Trial Date).

For these reasons, the motion, Dkt. # 110, is DENIED without prejudice to defendant moving the Court for relief should the need arise in the future.

DATED this 16th day of May, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO COMPEL
DISCLOSURE OF DISCOVERY - 2