UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v<br><br>NATHAN HALL,<br><br>           Defendant. | NO. CR13-113RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A Pretrial Conference has been scheduled on Wednesday, September 5, 2018 at 2:30 p.m. in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 15th day of August, 2018.

                                                       *s/Sharita Tolliver for*
                                                       Kerry Simonds, Deputy Clerk
                                                       To Robert S. Lasnik, Judge
                                                       206-370-8519

MINUTE ORDER