Honorable Judge Robert S. Lasnik
Trial Date: September 24, 2018

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR13-113 RSL |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] |
| vs. ) | ORDER EXTENDING PRETRIAL |
| ) | MOTIONS DEADLINE |
| NATHAN HALL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that after a consideration of all relevant information and circumstances of this case, a short extension of the motion deadline serves the ends of justice, will not prejudice the government, is necessary for defense counsel to be effectively prepared and the defendant adequately represented at trial.

For all the reasons presented in the files and records herein, the Court finds that the Motion to Extend the pretrial motion deadline to September 3, 2018 should be GRANTED.

DATED this 7th day of Sept. [~~AUGUST~~], 2018.

_____
JUDGE ROBERT S. LASNIK

[~~PROPOSED~~] ORDER EXTENDING PRETRIAL
MOTION DEADLINE -- 1

THE
NAHAJSKI FIRM
601 – 108th Ave NE, Suite 1900
Bellevue, WA 98004-4376
206-621-0500 fax: 206-400-7636

| | |
|---|---|
| Presented by: | Approved as to form, Notice and Appearance Waived |
| *Nahajski.* (signature) | |
| Lennard A. Nahajski<br>WSBA #22138<br>601 – 108th Ave NE, Suite 1900<br>Bellevue, WA  98004<br>Phone: 206-621-0500<br>Fax:  206-621-1365<br>Email: len@nahajski.com | Sarah Vogel<br>Assistant U.S. Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA  98101<br>206-553-2074<br>email: sarah.vogel@usdoj.gov |

[PROPOSED] ORDER EXTENDING PRETRIAL MOTION DEADLINE -- 2