U.S. District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR13-113RSL |
| Plaintiff | |
| | [Proposed] |
| | ORDER GRANTING LEAVE |
| v. | TO FILE |
| | OVERLENGTH BRIEF |
| NATHAN HALL, | |
| Defendant. | |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Court GRANTS permission for United States' to file its Response in two parts to Defendant's Motions in Limine in combined excess of 12 pages, but no more than 25 pages (excluding attachments or exhibits).

DATED this ___10th___ day of __Sept.__, 2018.

_____
ROBERT S. LASNIK
United States District Judge

Order for Leave to File Over-Length Brief
United States v. Hall, CR13-113RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970