The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.13-113 RSL |
| Plaintiff | |
| | (~~PROPOSED~~) ORDER TO SEAL DOCUMENT |
| v. | |
| NATHAN HALL, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the United States to file its Motion in Limine Regarding Improper Impeachment under seal.

The Court has considered the motion and records in this case and finds there are compelling reasons to file this document under seal.

IT IS ORDERED that the United States' Motion in Limine Regarding Improper Impeachment be filed under seal.

DATED this 10th day of Sept., 2018.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL - 1
United States v. Hall, CR13-113RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Submitted by:

2  /s/ Sarah Y. Vogel
3  SARAH Y. VOGEL
   MARIE DALTON
4  Assistant United States Attorney
5  700 Stewart St., Suite 5220
   Seattle, Washington  98101
6  Phone: 206-553-2074
7  Email:  Sarah.Vogel@usdoj.gov

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO SEAL - 2
*United States v. Hall*, CR13-113RSL