Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NATHAN HALL,<br><br>Defendant. | NO. CR13-113RSL<br><br>[Proposed]<br><br>ORDER TO UNSEAL FOR LIMITED PURPOSE |

THIS MATTER comes before the Court on the government's *ex parte* motion to unseal documents for a limited purpose. Having considered the entirety of the record and files herein, the Court finds that based upon the motion of the government and for good cause shown,

IT IS HEREBY ORDERED that copies of all, or portions of, the sealed materials for Ryan Lambert and Kali Henifin, listed below, may be provided to trial counsel for defendant Nathan Hall:

**Ryan Lambert**

Dkt. #87, Government's ex parte sentencing memorandum

Dkt. #91, Defendant's sealed sentencing memorandum

1    Dkt. #93, Defendant's sealed supplemental sentencing memorandum

2    Presentence Report, dated July 15, 2014

3

4    **Kali Henifin**

5    Dkt. #89, Government's ex parte sentencing memorandum

6    Presentencing Report, dated July 18, 2014

7    Dkt. #78, Sealed Petition for Warrant under Pretrial Supervision

8    IT IS HEREBY ORDERED, that the grand jury transcript of Special Agent Ian

9  Wallace, may be provided to trial counsel for defendant Nathan Hall.

10    IT IS HEREBY ORDERED that these documents shall remain sealed for all other

11  purposes.  Documents provided to defense counsel shall not be shall not be reproduced or

12  disseminated and are designated Protected pursuant to Protection Order under Dkt. # 122,

13  and all parties shall not disclose the existence or contents of the discovery listed in this

14  order other than as necessary for the preparation and presentation of trial and in

15  subsequent appellate proceedings, if necessary.

16

17    Dated this 10th day of Sept., 2018.

18

19

20    MMS Casmik

21    ROBERT S. LASNIK
    UNITED STATES DISTRICT JUDGE

22

23  Presented by:

24

25  /s/ Sarah Y. Vogel
   SARAH Y. VOGEL

26  MARIE DALTON

27  Assistant United States Attorney

28

Order to Unseal for Limited Purpose
*United States v. Henifin and Lambert,* CR13-113RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970