The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> NATHAN HALL, <br><br> Defendant. | NO. 13-CR-113 RSL <br><br> **ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. The government's response to the motion shall be filed on or before December 4, 2020; and

b. Any reply shall be filed on or before December 11, 2020; and

c. The matter shall be noted for December 11, 2020.

DATED this __24th__ day of November, 2020.

ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Hall,* 13-CR-0113 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970